FILED'06 MAY 12 13:40 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIRK R. JOHNSON,

        Plaintiff,        Civil No. 06-446-TC

        v.        FINDINGS AND
                RECOMMENDATION

JEAN HILL, et al.,

        Defendants.

COFFIN, Magistrate Judge.

    By Order (#5) entered April 10, 2006, plaintiff's application to proceed in forma pauperis was denied on the ground that it was incomplete. Plaintiff was allowed 30 days to file an amended application curing the deficiency and advised that failure to do so within 30 days would result in the dismissal of this proceeding for failure to prosecute.

    Plaintiff has not filed an amended application or moved the court for an extension of time in which to do so.

1 - FINDINGS AND RECOMMENDATION

Accordingly, this action should be dismissed (without prejudice) for failure to prosecute.

DATED this 12th day of May, 2006

_____
Thomas M. Coffin
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION